Otto G. Logan, Appellee, v. George W. Jackson, incorporated, Appellant.

Gen. No. 18,392.  (Not to be reported in full.)

Appeal from the Superior Court of Cook county; the Hon. JOHN McNUTT, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1912. Reversed and remanded. Opinion filed October 9, 1913.

### Statement of the Case.

Action by Otto G. Logan against George W. Jackson, incorporated, to recover for injuries sustained by plaintiff while employed by defendant as a structural iron worker in constructing a bridge. From a judgment for plaintiff for seven hundred dollars, defendant appeals.

JOHN A. BLOOMINGSTON, for appellant.

J. W. SUTTON, for appellee.

MR. JUSTICE FITCH delivered the opinion of the court.

### Abstract of the Decision.

1. MASTER AND SERVANT, § 571*—*proof essential to recover for neglect to furnish safe place to work.* To recover for failure of master to furnish a safe place to work, plaintiff must show not only that the defect existed but also that the master knew or should have known of the defect and that plaintiff did not know or have equal means with master in knowing of it.

2. MASTER AND SERVANT, § 127*—*when risk of injury from temporary conditions of danger, assumed.* The rule that servants engaged in the construction and demolition of buildings assume the risk of injury from temporary conditions of danger, *held* to apply where a structural iron worker was injured by jumping on an upturned nail while engaged in constructing a railroad bridge.

3. MASTER AND SERVANT, § 685*—*when evidence insufficient to charge master with notice of dangers.* Evidence that the foreman passed over the place of the accident prior to the time plaintiff was injured, *held* insufficient to prove that master had notice of an upturned nail which caused the injury.